IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA COMMUNITY CREDIT UNION, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL D. WADE, ALISA ANSLEY WHITE )<br>and JOYCE FISHER, )<br>)<br>   Defendants. ) | Civil Action File<br><br>No. 3-25-cv-00188-LMM |

## ACKNOWLEDGMENT OF SERVICE

Defendant Michael D. Wade, through his undersigned counsel, hereby acknowledges service and receipt of the Summons and Interpleader Complaint in the above-styled action, and waives any further service of process, including the defenses of insufficiency of process and insufficiency of service of process. He reserves all other defenses unrelated to service.

Service acknowledged this 17th day of September, 2025.

                                                /s/ Alyson C. Kendust
**MELODY B. LYNCH, ESQUIRE**
Florida Bar No. 0044250
**W. GRIFFIN GIROUX, ESQUIRE**
Florida Bar No.: 1037783
**ALYSON C. KENDUST, ESQUIRE**
Florida Bar No.: 1026403
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
P.O. Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
melody.lynch@lowndes-law.com
griffin.giroux@lowndes-law.com
alyson.kendust@lowndes-law.com
janie.kearse@lowndes-law.com
carol.anderson@lowndes-law.com
litcontrol@lowndes-law.com
*Attorneys for Defendant Michael D. Wade*