IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA COMMUNITY CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL D. WADE, ALISA ANSLEY ) <br> WHITE and JOYCE FISHER, ) <br> ) <br> Defendants. ) | Civil Action File <br><br> No. 3-25-cv-00188-LMM |

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a.    Plaintiff:

    Delta Community Credit Union

    b.    Defendants:

    Michael D. Wade

    Alisa Ansley White

    Joyce Fisher

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:  none.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a.     Plaintiff Delta Community Credit Union

> Michael E. Brooks
> Jill Warner
> Brooks & Warner LLC
> 1768 Century Boulevard NE
> Suite B
> Atlanta, Georgia  30345

    b.     Defendants:

        i.     Michael D. Wade

> Wayne M. Cartwright, Esq.
> Hall, Gilligan, Roberts & Shanlever LLP
> 3340 Peachtree Road NE
> Suite 1900
> Atlanta, Georgia 30326-1082

      ii.      Alisa Ansley White

             Unknown

      iii.     Joyce Fisher

             Genevieve H. Dame, Esq.
             Jason L. Nohr, Esq.
             Hayes M. Dever, Esq.
             Dame Law P.C.
             2392 Mt. Vernon Road
             Dunwoody, Georgia 30338

(4)    [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed: Not applicable.

The Court has subject matter jurisdiction over this action on the basis of minimal diversity pursuant to 28 U.S.C. § 1335 because Delta Community Credit Union has possession of money in excess of $500 to which two or more claimants of diverse citizenship are claiming entitlement. See State Farm Fire & Cas. V. Tashire, 386 U.S. 523, 530-31 (1967) ("This provision has been uniformly construed to require only 'minimal diversity,' that is, diversity of citizenship between two or more claimants, without regard to the circumstance that other rival claimants may be co-citizens."); see also Amguard Ins. Co. v. SG Patel and Sons II LLC, 999 F.3d 238, 245 (4th Cir. 2021) ("'Minimal' diversity means that at least two claimants are

not co-citizens, even if others are."). As set forth in Paragraphs 2 through 4 of the Interpleader Complaint, Wade and Fisher are believed to reside and be domiciled in the state of Florida and White is believed to reside and be domiciled in the state of Georgia.

                                                Respectfully submitted.

BROOKS & WARNER LLC  
1768 Century Boulevard NE, Suite B  
Atlanta, Georgia  30345  
(404) 681-0720 – Brooks Direct  
(404) 681-0730 – Warner Direct  
(404) 681-0780 – Fax  

/s/Jill Warner  
Michael E. Brooks  
Georgia Bar No. 084710  
mbrooks@brooksandwarner.com  
Jill Warner  
Georgia Bar No. 378472  
jwarner@brooksandwarner.com  

Attorneys for Plaintiff Delta Community Credit Union

4

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

>Wayne M. Cartwright, Esq.
>Hall, Gilligan, Roberts & Shanlever LLP
>3340 Peachtree Road NE
>Suite 1900
>Atlanta, Georgia 30326-1082

>Genevieve H. Dame, Esq.
>Jason L. Nohr, Esq.
>Hayes M. Dever, Jr., Esq.
>Dame Law P.C.
>2392 Mount Vernon Road
>Dunwoody, Georgia 30338

and deposited a copy in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to

>Ms. Alisa Ansley White
>106 Dogwood Court
>Peachtree City, Georgia 30269

/s/Jill Warner
Jill Warner

Counsel for Plaintiff Delta Community Credit Union